UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA

CASE NO.   : 6:02-CV-1204-ORL-19JGG

ACCESS FOR ALL & DOUG WILDER

                                      NOTICE OF MEDIATION CONFERENCE DATE

Plaintiff(s),

vs.

STEVEN J. WOLK, ETC., ET AL.

Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 11/19/2003 Wednesday 10:00 A.M.* |
| LOCATION: | Esquire Reporting<br>200 East Robinson Street<br>Suite 425<br>Orlando, FL 32801  407-426-7676 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Donald J. Spero, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*4 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

FLORIDA MEDIATION GROUP, INC.
44 West Flagler Street
19th Floor
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-53438

27

PAGE 2.

CASE NO.      : 6:02-CV-1204-ORL-19JGG
FMG FILE NO.  : 0-53438
PLAINTIFF     : ACCESS

Copies on April 17, 2003 to:

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates
1111 Lincoln Road
Suite 802
Miami Beach  FL  33139
305-538-6483 Fax 305-534-9894



Steven J. Wolk, Esq.
Steven J. Wolk, P.A.
857 Dover Road
Maitland  FL  32751
407-339-2933 FAx 1-407-332-1986